No. 78–1672. Boise Cascade Corp. *v.* United Steelworkers of America, AFL–CIO, Local Union No. 7001. C. A. 5th Cir. Certiorari denied.

No. 78–1673. Marengo County Board of Education *v.* Lee et al. C. A. 5th Cir. Certiorari denied.

No. 78–1674. L. W. Bennett & Sons, Inc. *v.* Anichinapeo et al. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 78–1677. Pacific Legal Foundation et al. *v.* Department of Transportation. C. A. D. C. Cir. Certiorari denied.

No. 78–1679. Canal Barge Co., Inc. *v.* PPG Industries, Inc., et al. C. A. 3d Cir. Certiorari denied.

No. 78–1682. Foran *v.* Metz, Correctional Superintendent. C. A. 2d Cir. Certiorari denied.

No. 78–1685. CBS Inc. *v.* United States District Court for the Central District of California et al. C. A. 9th Cir. Certiorari denied.

No. 78–1686. Hoffman *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 78–1687. White *v.* Office of Personnel Management et al. C. A. D. C. Cir. Certiorari denied.

No. 78–1690. Union Bank *v.* Bloor, Trustee, et al. C. A. 2d Cir. Certiorari denied.